IN THE UNITED STATES BANKRUPTCY COURT
FOR NORTHERN DISTRICT OF ALABAMA (Birmingham)

| | |
|---|---|
| IN RE: Anthony Gerard Lanasa<br>*aka* Meagan E. Lanasa | CASE NO. 26-00101-TOM7 |
| **DEBTOR** | **CHAPTER 7** |

### NOTICE OF APPEARANCE

Comes now LAUREN F. WEBER, an attorney authorized to practice in this Court, and files her notice of appearance on behalf of BOEING EMPLOYEES CREDIT UNION, pursuant to Rule 9010 (b), Federal Rules of Bankruptcy Procedure. Please direct all future notices to which BOEING EMPLOYEES CREDIT UNION, is entitled to the address below.

Dated this 20th day of January, 2026.

OF COUNSEL:
PADGETT LAW GROUP                                BY:   /s/ Lauren F. Weber
6267 Old Water Oak Road                                 LAUREN F. WEBER
Suite 203                                                              Attorney for Creditor
Tallahassee, FL 32312
(850) 422-2520

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Attorney of record for Debtors, Andrew Poston, bankruptcy@brockandstout.com, and the Trustee of record, Andre' M Toffel, trustee@toffelpc.com, KBlevins@toffelpc.com, electronically through the Court's electronic filing system.

Dated this 20th day of January, 2026.

/s/ Lauren F. Weber
LAUREN F. WEBER